UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

KAYLYNN HART,

    Plaintiff,

vs.

MALABAR PHARMACY, LLC
d/b/a MALABAR DISCOUNT PHARMACY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, KAYLYNN HART ("Plaintiff"), by and through her undersigned counsel, sues Defendant, MALABAR PHARMACY, LLC d/b/a MALABAR DISCOUNT PHARMACY ("Defendant"), and alleges as follows:

## INTRODUCTION

1. This is a proceeding for damages to remedy discrimination on the basis of handicap affecting the terms, conditions and privileges of employment and to redress the deprivation of rights secured to Plaintiff by the Americans With Disabilities Act of 1990, 42 U.S.C. § 12112 et. seq. ("ADA").

## JURISDICTION

2. Jurisdiction is invoked pursuant to the ADA.

## VENUE

3. The claims asserted herein arose in this judicial district.

## PARTIES

4. At all times material hereto, the Plaintiff is a citizen of the United States,

resident of this judicial district and an employee or former employee of the Defendant.

5. At all times material hereto, the Defendant is operating in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the ADA.

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action pursuant to the ADA. Specifically, Plaintiff received her Right-to-Sue on or about September 27, 2019.

## STATEMENT OF FACTS

7. Plaintiff was an employee of the Defendant since August 2017, as a Pharmacy Associate.

8. However, due to a medical condition that had lasted for five months, eventually Plaintiff went to an urgent care, and was sent to the ER due to an irregular blood count.

9. Plaintiff received a blood transfusion and had a severe fever as a result.

10. Plaintiff's mother took doctors note to the Defendant that needed her to take off for 10 days and avoid strenuous work.

11. On the 8th day she was out, Defendant's owner, Ronak Shah, called and asked if she could cover the register because he had a call out, despite this being the time she needed off.

12. Plaintiff did go in and after a 6-hour shift, Shah then told her to mop, which Plaintiff said she couldn't.

13. The next day, April 17, 2019, she called and asked what her schedule would be, and Plaintiff was told that there were complaints about her, and that she was fired.

14. Plaintiff never was informed of these before and never shown any complaints.

15.     Around this same time, another employee was terminated for requesting time off to help her family with her father who has cancer.

## COUNT I
## ADA-DISABLITY DISCRIMINATION

Plaintiff incorporates by reference paragraphs 1 through 15 herein and states as follows:

16.     The Defendant has discriminated against the Plaintiff in the terms and conditions of her employment and has denied the Plaintiff continued employment because of her handicap, or alternatively, the Defendant's perception of a handicap.

17.     The unlawful discriminatory practices by the Defendant and its agents, as set forth herein, violates The Florida Civil Rights Act of 1992.

18.     As a direct and proximate result of the Defendant's unlawful and discriminatory conduct, the Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff, KAYLYNN HART, requests that judgment be entered against the Defendant, MALABAR PHARMACY, LLC d/b/a MALABAR DISCOUNT PHARMACY, for all damages recoverable under the Florida Civil Rights Act of 1992, including punitive damages, as well as costs, expenses, attorney fees and any other lawful relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: December 12, 2019.	Respectfully submitted,

	Law Offices of Levy & Levy, P.A.
	1000 Sawgrass Corporate Parkway, Suite 588
	Sunrise, Florida  33323
	Telephone: (954) 763-5722
	Facsimile: (954) 763-5723
	Email: chad@levylevylaw.com
	Service Email: assistant@levylevylaw.com
	*Counsel for Plaintiff*

	*/s/ Chad Levy*
	CHAD E. LEVY, ESQ.
	F.B.N.: 0851701
	DAVID M. COZAD, ESQ.
	F.B.N.: 333920