UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:19-cv-2347-Orl-31LRH

KAYLYNN HART,

       Plaintiff,

vs.

MALABAR PHARMACY, LLC
d/b/a MALABAR DISCOUNT PHARMACY,

       Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    _____
    _____
    _____
    _____

___X____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Chad E. Levy*_____
Chad E. Levy

## SERVICE LIST

Malabar Pharmacy, LLC
d/b/a Malabar Discount Pharmacy
Attn: Ronak A. Shah, Registered Agent
930-1 Malabar Road S.E.
Palm Bay, Florida 32907